IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STEVEN D. KEIFFER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-278C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of J. Reid Prouty, as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

J. Reid Prouty
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 11024
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 305-7586
Facsimile: (202) 514-7969
E-mail: J.Reid.Prouty@usdoj.gov

Dated: May 6, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 6th day of May, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/J. Reid Prouty