**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STEVEN D. KIEFFER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-278C |
| v. | ) | (Judge Williams) |
| | ) | |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, Plaintiff respectfully requests that the Court enlarge the deadline for Plaintiff to file his response to Defendant's Motion to Dismiss by 30 days, from August 7, 2008, until September 6, 2008. This is Plaintiff's first request for an enlargement. Plaintiff has discussed this matter with counsel for Defendant and represents that Defendant does not oppose this motion.

The additional time is requested so that Plaintiff may adequately prepare and file his response to Defendant's Motion to Dismiss. Accordingly, Plaintiff respectfully requests that the Court grant this unopposed motion for extension of time and enlarge the deadline for Plaintiff to file his response until September 6, 2008.

Respectfully submitted,

/s Richard A. Bednar
Law Office of Richard A. Bednar
12107 Park Shore Ct.
Woodbridge, VA 22192-2217
703-490-0000
703-991-0454 (fax)
Email: Rbednar@ArmedForcesLaw.com

August 1, 2008