# In the United States Court of Federal Claims

**No. 08-278C**
**(Filed August 5, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**STEVEN D. KEIFFER,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

---

On August 1, 2008, Plaintiff filed an unopposed motion for an enlargement of time of 30 days, to and including **September 5, 2008**, within which to file his response to Defendant's motion to dismiss. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**