**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STEVEN D. KIEFFER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 08-278C<br>(Judge Williams) |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to RCFC 41(a)(1), Plaintiff provides notice that he seeks to have this case voluntarily dismissed. Plaintiff observes that, although the defendant has filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1), as of this date, Defendant has neither served an answer nor a motion for summary judgment. In addition, Plaintiff represents that when contacted, counsel for defendant indicated he had no objection to the current filing.

Respectfully submitted,

/s Richard A. Bednar
Law Office of Richard A. Bednar
12107 Park Shore Ct.
Woodbridge, VA 22192-2217
703-490-0000
703-991-0454 (fax)
Email: Rbednar@ArmedForcesLaw.com

September 2, 2008